

**United States District Court**
**Eastern District of California**

**FILED**

JAN 2 1 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ FMN
DEPUTY CLERK

Pirela Fonseca, Nerio A

Plaintiff(s)

V.

CHESTNUT,Christopher et al.

Defendant(s)

Case Number:  1:26-cv-00374-KES-EPG

**APPLICATION FOR PRO HAC VICE**
**AND PROPOSED ORDER**

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Santiago Zorzopulos Reich _____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Pirela Fonseca, Nerio A

On _____11/03/2017_____ (date), I was admitted to practice and presently in good standing in the

_____Supreme Court of Texas_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____01/16/2026_____          Signature of Applicant: /s/ Santiago Z Reich

**Pro Hac Vice Attorney**

Applicant's Name: Santiago Zorzopulos Reich

Law Firm Name: Law Office of Santiago Reich

Address: 8204 Elmbrook Drive

City: Dallas    State: TX    Zip: 75247

Phone Number w/Area Code: (945) 354-3549

City and State of Residence: Dallas, Texas

Primary E-mail Address: szorzopulos@mac.com

Secondary E-mail Address: coralalmanzausa@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Ethan Jacobs

Law Firm Name: Ethan Jacobs Law Corporation

Address: 100 Pine Street

Suite 1250

City: San Francisco    State: CA    Zip: 94111

Phone Number w/Area Code: (415) 275-0845    Bar # 291838

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 1/21/26

JUDGE, U.S. DISTRICT COURT

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

### Santiago Zorzopulos  Reich

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 3rd day of November, 2017.

I further certify that the records of this office show that, as of this date

### Santiago Zorzopulos  Reich

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature

and the seal of the Supreme Court of

Texas at the City of Austin, this, the

10th day of December, 2025.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 3027C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

December 10, 2025

Re: Santiago Zorzopulos Reich, State Bar Number 24105701

To Whom It May Concern:

This is to certify that Santiago Zorzopulos Reich was licensed to practice law in Texas on November 03, 2017, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

Our records reflect there are no pending grievances at this time.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253