# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

NERIO ANTONIO PIRELA FONSECA,

Petitioner,

v.

DAVID MARIN, et al.,

Respondents.

Case No. 1:26-cv-00374-KES-EPG-HC

ORDER DIRECTING RESPONDENTS TO FILE RESPONSE TO THE PETITION

Petitioner is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 22, 2026, the Court ordered Respondents to file a response to the petition within thirty days. (ECF No. 5.) To date, no response has been filed.

The Court will grant a single *sua sponte* extension. Respondents are DIRECTED to file a response to the petition on or before March 3, 2026.

IT IS SO ORDERED.

Dated:   **February 24, 2026**               /s/ *Erica P. Grosjean*
                                             UNITED STATES MAGISTRATE JUDGE