UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nerio Antonio Pirela Fonseca,<br><br>Petitioner,<br><br>v.<br><br>David MARIN, Field Office Director of Enforcement and Removal Operations, Los Angeles Field Office, Immigration and Customs Enforcement; Kristi NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Pamela BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; Christopher CHESTNUT, Warden of CALIFORNIA CITY DETENTION CENTER,<br><br>Respondents. | Case No. 1:26-CV-00374-KES-EPG |

**ORDER OF THE COURT**

Upon consideration of Petitioner's unopposed Motion to Dismiss Without Prejudice pursuant to Fed. R. Civ. Proc. 41(a)(2),

IT IS HEREBY ORDERED that Petitioner's motion is GRANTED.

IT IS FURTHER ORDERED that the petition for writ of habeas corpus is dismissed without prejudice.

IT IS SO ORDERED.

Dated:   April 8, 2026

_____
UNITED STATES DISTRICT JUDGE